No. 03–10490. CRISTON *v.* UNITED STATES; PERALES *v.* UNITED STATES; GUERRA *v.* UNITED STATES; and SALINAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10491. ARZOLA-JUAREZ *v.* UNITED STATES; and MAGALLANES-TORRES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10492. TENORIO JUAREZ *v.* UNITED STATES; and
No. 03–10495. JUAREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10494. AMAYA-TORRES *v.* UNITED STATES GIRON-APODACA *v.* UNITED STATES OLVERA-BERMUDEZ *v.* UNITED STATES TAPIA-CARRENO *v.* UNITED STATES GOMEZ-CELIS *v.* UNITED STATES CHAVEZ-RAMIREZ *v.* UNITED STATES REYES-FLORES *v.* UNITED STATES GONZALEZ-CHAVEZ *v.* UNITED STATES FRIAS-SALAZAR *v.* UNITED STATES LOPEZ-HUERTA *v.* UNITED STATES MAZARIEGOS *v.* UNITED STATES PONCE-MARTINEZ *v.* UNITED STATES PUENTES-ROMERO *v.* UNITED STATES BAEZ TOVAR *v.* UNITED STATES and ZAPATA-AGUILAR *v.* UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 03–10499. AVALOS-LUMBRERAS *v.* UNITED STATES DE HOYOS-GARCIA *v.* UNITED STATES DUQUE-RESTREPO *v.* UNITED STATES FRAYRE-SALAS *v.* UNITED STATES GARCIA-CASTRO *v.* UNITED STATES GONZALEZ-APODACA *v.* UNITED STATES GRAJEDA-ZAMORANO *v.* UNITED STATES HERNANDEZ-SOSA *v.* UNITED STATES JUAREZ-SANCHEZ *v.* UNITED STATES LOPEZ-

MERCADO *v.* UNITED STATES NEGRETE-ALBA *v.* UNITED STATES PUNAY-BELTRAN *v.* UNITED STATES RIOS-QUINTERO *v.* UNITED STATES and RONQUILLO-BARRAZA *v.* UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 03–10500. WEATHERSBY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 03–10501. ROTHEWELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10507. TURNER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–10514. DANIELS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–10516. BEAL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10518. GRIGGS *v.* FLEMING, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 03–10520. HARRIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–10522. MUNIZ-SOLIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–10524. CORDELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 03–10525. CAMPBELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–10526. DOE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–10529. SHEPHERD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–10530. VALADEZ SOTO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.*